
JUDGE STEIN

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

SAUL ROTHENBERG, et al

V.

MATTHEW DAUS, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 00567**

RECEIVED
TAXI & LIMO. COMM.
LEGAL DEPARTMENT
2008 JAN 23 P 4:44

TO: (Name and address of Defendant)

Thomas Coyne
NYC Taxi and Limousine Commission
40 Rector Street
NYC NY 10006

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel L. Ackman
12 Desbrosses Street
New York, NY 10013
(917) 282-8178

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JAN 23 2008

CLERK                                    DATE

(By) DEPUTY CLERK

JUDGE STEIN

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

SAUL ROTHENBERG, et al

V.

MATTHEW DAUS, et al

## SUMMONS IN A CIVIL ACTION

RECEIVED TAXI & LIMO. COMM. LEGAL DEPARTMENT 2008 JAN 23 P 4: 41

CASE NUMBER:

08 CV 00567

TO: (Name and address of Defendant)

Elizabeth Bonina
NYC Taxi and Limousine Commission
40 Rector Street
NYC NY 10006

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel L. Ackman
12 Desbrosses Street
New York, NY 10013
(917) 282-8178

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON — JAN 23 2008

CLERK — DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern **District of** New York

SAUL ROTHENBERG, et al

V.

MATTHEW DAUS, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 00567

TO: (Name and address of Defendant)

Joseph Eckstein
NYC Taxi and Limousine Commission
40 Rector Street
NYC NY  10006

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel L. Ackman
12 Desbrosses Street
New York, NY  10013
(917) 282-8178

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                JAN 23 2008
CLERK                                              DATE
*(signature)*
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Southern _____ District of _____ New York _____

SAUL ROTHENBERG, et al

**SUMMONS IN A CIVIL ACTION**

V.

MATTHEW DAUS, et al

CASE NUMBER:

08 CV 00567

TO: (Name and address of Defendant)

Matthew Daus
NYC Taxi and Limousine Commission
40 Rector Street
NYC NY 10006

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel L. Ackman
12 Desbrosses Street
New York, NY 10013
(917) 282-8178

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                              JAN 23 2008

CLERK                                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1/23/08 |
| NAME OF SERVER (PRINT) DANIEL Ackman | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Served M. Davs, T. Coyne, E. Bivine & J. Eckstein by handing summons and complaint to John Bolles, a clerical associate of the TU legal Dep't at 40 Rector Street, NYC

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/23/08
            Date              Signature of Server

              12 Desbrosses St, NYC NY 10013
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.