AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Saul Rothenberg et al

V.

Matthew Daus et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 00567

TO: (Name and address of Defendant)

NYC Taxi and Limousine Commission
c/o NYC Law Department
100 Church Street
NYC NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel L. Ackman
12 Desbrosses Street
New York, NY 10013
(917) 282-8178

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE

JAN 23 2008

*JUDGE STEIN*

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

SAUL ROTHENBERG, et al

V.

MATTHEW DAUS, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 00567**

TO: (Name and address of Defendant)

The City of New York
c/o NYC Law Department
100 Church Street
NYC NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel L. Ackman
12 Desbrosses Street
New York, NY 10013
(917) 282-8178

*[Stamp: CITY OF N.Y. LAW DEPART. OFFICE OF CORP. COUNSEL COMMUNICATIONS SECTION 2008 JAN 23 PM 4 55]*

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                       JAN 23 2008

CLERK                                                    DATE

*[signature]*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 1/23/08 |
| NAME OF SERVER (PRINT) DANIEL ACKMAN | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Served both The City of New York and The NYC Taxi and Limousine Commission by handing summons and complaint to Jerry Bradshaw at the NYC Law Department, intake window at 100 Church Street NYC

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/23/08
               Date           Signature of Server

12 Desbrosses Street, NYC NY 10013
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.