UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

SAUL ROTHENBERG, EBRAHIM ABOOD AND TOBBY KOMBO, individually and on behalf of all others similarly situated,

                                      Plaintiffs,

-against-

MATTHEW DAUS, DIANE MCGRATH-MCKECHNIE, JOSEPH ECKSTEIN, ELIZABETH BONINA, THOMAS COYNE, THE NEW YORK CITY TAXI AND LIMOUSINE COMMISSION, AND THE CITY OF NEW YORK,

                                      Defendants.

------------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

No. 08 CV 00567 (SHSI)

        **PLEASE TAKE NOTICE** that defendants the City of New York and the New York City Taxi and Limousine Commission appear by their attorney Michael A. Cardozo, Corporation Counsel of the City of New York, Amy J. Weinblatt and Gabriel Taussig, of counsel.  Service of all pleadings, papers, and documents in this action should be served on the Office of the Corporation Counsel of the City of New York as follows:

        New York City Law Department
        100 Church Street, Room 5-176
        New York, New York 10007
        ATTN:  Amy Weinblatt

All communications should be directed to Amy Weinblatt at telephone number (212) 788-0764 and fax number (212) 791-9714.  Electronic Court Filing (ECF) notices should be directed to aweinbla@law.nyc.gov.  Please note that service of papers by facsimile transmission is expressly

prohibited without prior consent of counsel, except for letters of three pages or less.

Dated: New York, New York
February 5, 2008

        MICHAEL A. CARDOZO
        Corporation Counsel of the
          City of New York
        Attorney for Defendants
        100 Church Street
        New York, New York 10007
        (212) 788-0764

By: _____
     AMY J. WEINBLATT (AW 0024)
     Assistant Corporation Counsel

To: Daniel L. Ackman
Attorney for Plaintiffs