≋AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

V.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                                                             DATE

(By) DEPUTY CLERK

✎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                              *Signature of Server*

                                        _____
                                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RETURN OF SERVICE

COUNTY OF SOUTHERN    COURT US DISTRICT    WRIT SUMMONS    CASE NO. 08CV00567

SAUL ROTHENBERG et al,        vs.        MATTHEW DAUS, et al

Plaintiff        Defendant

Received this writ on the __2__ day of __FEB.__, 20__08__ at __3:15P__ m., and served the same at __7:10P__ m. on the __7__ day of __FEB__, 20__08__ in __MARTIN__ County, Florida, as follows:

__xxx__ INDIVIDUAL SERVICE: by delivering to the within named person a true copy of the process, with the date and hour of service endorsed by me. At the same time, I delivered to the within named person, a copy of the complaint, petition, or other initial pleading or paper. Name __DIANE MCGRATH-MCKECHNIE__.

____ SUBSTITUTE SERVICE: by leaving a true copy of this process, with the date and hour of service endorsed by me, and a copy of the complaint, petition, or other initial pleading or paper, at the within named person's usual place of abode, with any person residing therein who is 15 years of age or older to:
Name _____ Relationship _____ and informing the person of the contents.

____ CORPORATE SERVICE: by delivering a true copy of this process with the date and hour of service endorsed thereon by me, and a copy of the complaint, petition, or other initial pleading or paper to:
Name _____ Title _____ of (Corporate Name) _____, as president, vice-president, or other head of the corporation, pursuant to F.S. 48.081(1);
____ to the cashier, treasurer, secretary, or general manager, due to the absence of the above officers;
____ to any director, due to the absence of the above;
____ to any officer or business agent residing in the state, due to the absence of the above;
____ to _____, the agent transacting business for it in this state pursuant to F.S. 48.081(2), in the absence of the foregoing officers. Or,
____ to _____, the registered agent of the corporation pursuant to F.S. 48.081(3);
____ to _____, an employee of the within named corporation at the corporation's place of business because service could not be made on the registered agent for failure to comply with F.S. 48.091.

____ POSTED RESIDENTIAL: by attaching a copy of this process, together with a copy of any attachments, to a conspicuous place on the property described within. Neither the tenant nor a resident 15 years of age or older could be found at the tenant(s) usual place of residence, after 2 attempts at least six hours apart.
First Attempt _____ m.
Second Attempt _____ m.

____ OTHER: by delivering a true copy of this process, with any attachments provided, to _____, as

____ NON-SERVICE: and hereby return the same unserved on this ____ day of ____, 20__, for the reason that after diligent search and inquiry, the within named could not be found in _____, County, Florida.

REMARKS:  SERVE: DIANE McGRATH-McKECHNIE        SEE AFFIDAVIT ADDENDUM
8129 SE DOUBLE TREE DR.,
HOBE SOUND, FL
COMPLAINT FOR SHIERS DECLARATORY RELIEF & DAMAGES

I CERTIFY that I am a certified process server in the Nineteenth Judicial Circuit, in the State of Florida; and that I have endorsed on the original process and all copies served, the date and hour of service.

SWORN and SUBSCRIBED
BEFORE ME THIS
FEBRUARY 8, 2008

_signature: Jeffrey Bouley_
Fee $

JEFFREY BOULEY
Comm# DD0355969
Expires 12/8/2008
Bonded thru (800)432-4254
Florida Notary Assn., Inc

_signature_
CERTIFIED PROCESS SERVER
C.P.S No.: 92-1
MARTIN COUNTY, FLORIDA

The above form has been reviewed and approved by the Chief Judge of the Nineteenth Judicial Circuit, pursuant to section 48.29(6)(b)

# Investigative Consultants of the Treasure Coast, Inc.

**Private Investigators**
Arthur C. Gockeler
John A. Gockeler

FRB. 7, 2008

SUBJECT: DIANE MCKECHNIE.

AT 7:10PM THIS DATE, THE UNDERSIGNED RANG THE DOORBELL AT 8129 SE DOUBLETREE DR., HOBE SOUND, FL.

A LADY OPENED THE DOOR AND ASKED WHAT I WANTED I SAID I WAS LOOKING FOR DIANE MCGRATH-MCKECHNIE, AND SHE SAID YES, WHAT FOR? I SAID I HAD A SUMMONS FOR HER AND BEFORE I COULD SAY ANYTHING ELSE, SHE SLAMMED THE DOOR IN MY FACE. I LEFT THE SUMMONS AT HER FRONT DOOR.

DESCRIPTION: WHITE, FEMALE ABOUT 60, 5'6'', 160 POUNDS. VEHICLE IN DRIVEWAY, CO6 1KW. FL.

RESPECTFULLY SUBMITTED

*Arthur Gockeler* (signature)
----------------------
PROCESS SERVER 92-1

P.O. Box 1879, Stuart, Florida 34995 • (407) 288-0603 • Fax (407) 288-9813