UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X----------------------------------------------------------------X

SAUL ROTHENBERG, EBRAHIM ABOOD AND
TOBBY KOMBO individually and on behalf of all others
similarly situated,

                                         Plaintiffs,        08-civ-567 (SHS)

        -Against-

MATTHEW DAUS, DIANE MCGRATH-
MCKECHNIE, JOSEPH ECKSTEIN, ELIZABETH
BONINA, THOMAS COYNE, THE NEW YORK
CITY TAXI AND LIMOUSINE COMMISSION,
AND THE CITY OF NEW YORK,

                                         Defendants.

X----------------------------------------------------------------X


NOTICE OF MOTION FOR A DEFAULT JUDGMENT


      PLEASE TAKE NOTICE that upon the certificate of Michael McMahon, Clerk of the United States District Court for the Southern District of New York, and the declaration of Daniel L. Ackman and the exhibits thereto, plaintiffs will move this Court, 500 Pearl Street, New York, NY, Courtroom 23A, on March 4, 2008 at 9:30 AM or as soon thereafter as counsel may be heard, for an order pursuant to Rule 55 of the Federal Rules of Civil Procedure allowing

plaintiffs a default judgment against all defendants except defendant Diane McGrath-McKechnie.

Dated: New York, New York
February 20, 2008

           __/s/_____
           Daniel L. Ackman (DA-0103)
           12 Desbrosses Street
           New York, NY  10013
           (917) 282-8178

           Attorney for Plaintiffs

TO:
Amy Weinblatt, Esq.
NYC Corp. Counsel
100 Church Street
New York, NY  10007

Counsel for Defendants