UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

SAUL ROTHENBERG, EBRAHIM ABOOD AND
TOBBY KOMBO, individually and on behalf of all others
similarly situated,

                                Plaintiffs,

              -against-

MATTHEW DAUS, DIANE MCGRATH-MCKECHNIE,
JOSEPH ECKSTEIN, ELIZABETH BONINA, THOMAS
COYNE, THE NEW YORK CITY TAXI AND
LIMOUSINE COMMISSION, AND THE CITY OF NEW
YORK,

                                Defendants.

------------------------------------------------------------------------ X

**NOTICE OF CROSS-MOTION**

No. 08 CV 00567 (SHS)

        PLEASE TAKE NOTICE that defendants the City of New York, Matthew Daus, Diane McGrath-McKechnie, Joseph Eckstein, Elizabeth Bonina, Thomas Coyne, and the New York City Taxi and Limousine Commission, by their undersigned counsel, will move this Court, before the Honorable Sidney H. Stein, at the United State Courthouse located at 500 Pearl Street, New York, New York, on March 4, 2008 at 9:30 AM, or on such other date and time as the Court may designate, for an order, pursuant to Rule 55(c) of the Federal Rules of Civil

Procedure, to set aside the entry a default by the Clerk of the Court, and such other relief as the Court deems appropriate.

Dated:    New York, New York
          February 28, 2008

                                    MICHAEL A. CARDOZO
                                    Corporation Counsel of the
                                      City of New York
                                    Attorney for Defendants
                                    100 Church Street
                                    New York, New York 10007
                                    (212) 788-0764

                              By:        /s/
                                    AMY J. WEINBLATT (AW 0024)
                                    Assistant Corporation Counsel

To:   Daniel L. Ackman, Esq.