UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAUL ROTHENBERG, et al.,

    Plaintiffs,

- against -

MATTHEW DAUS, et al.,

    Defendants.

ORDER

08 Civ. 0567 (SHS) (RLE)

RONALD L. ELLIS, United States Magistrate Judge:

  Following a conference with the Court on June 26, 2008, and for good cause shown, IT IS HEREBY ORDERED THAT the discovery deadline be extended from July 30, 2008, to September 30, 2008.

SO ORDERED this 26th day of June 2008
New York, New York



The Honorable Ronald L. Ellis
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-26-08