USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-28-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAUL ROTHENBERG, et al.,

                    Plaintiffs,

- against -

MATTHEW DAUS, et al.,

                    Defendants.

**ORDER**

08 Civ. 0567 (SHS) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

After considering Defendants' request for an extension of time,

**IT IS HEREBY ORDERED THAT:**

(1) Defendants' time to oppose Plaintiffs' summary judgment motion shall be extended from **September 25, 2009, to October 16, 2009.**

(2) Plaintiffs' reply to Defendants' opposition shall be served by **November 6, 2009.**

(3) All fact discovery with respect to Plaintiffs' amended complaint shall be reopened and completed by **November 6, 2009.**

**SO ORDERED this 28th day of September 2009**
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge