```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb 2, 2010
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAUL ROTHENBERG, et al.,

                Plaintiffs,

    - against -

MATTHEW DAUS, et al.,

                Defendants.

**ORDER**

08 Civ. 0567 (SHS) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

    **IT IS HEREBY ORDERED** that the Parties appear for a telephonic conference with the Court on **February 10, 2010, at 12:00 p.m.**

    On the afternoon of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, 500 Pearl Street, Suite 1970, at 212-805-0242. Upon receipt of this order, if you need further information direct inquiries to Michael Brantley, 212-805-0242.

**SO ORDERED this 2nd day of February 2010**
New York, New York

                                               */s/ Ronald L. Ellis*
                                               **The Honorable Ronald L. Ellis**
                                               **United States Magistrate Judge**