

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/5/16
```

THE CITY OF NEW YORK

**ZACHARY W. CARTER**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**AMY J. WEINBLATT**
Phone: 212-356-2179
Fax: 212-356-2059
Email: aweinbla@law.nyc.gov

August 5, 2016

**MEMO ENDORSED**

**BY ECF**
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Handwritten endorsement:* 8/5/16 The parties are to appear for a conference on August 29 at 2:30 p.m. to discuss 1) the remaining issues, 2) the parties' preferences between the Court, a magistrate, or a mediator to resolve the issues and 3) a schedule for resolving issues. So ordered. [signed] Sidney H. Stein, U.S.D.J.

Re: Rothenberg et al. v. Daus et al., No. 08-CV-00567 (SHS)

Your Honor:

We are counsel to the parties in the above-referenced matter and write to request the Court's assistance with a potential settlement of this action.

After lengthy and productive discussions, counsel for the parties have made substantial progress on a possible settlement (which would be subject to approval by the NYC Comptroller and the parties). However, there are at least three items that are in dispute. We respectfully request the Court's assistance in resolving these matters, either by scheduling a settlement conference in which the issues would be addressed by your Honor, or in referring the matter to a magistrate judge or mediator to assist in reaching a settlement.

Defendants are not requesting a stay of the litigation (e.g., pending motions); any discussions should be considered independent of the litigation now pending before the Court until a settlement is reached. Plaintiffs ask that the Court stay pending motions until a settlement conference is concluded. The parties jointly request that no conference be scheduled between

August 8 and August 26 or on September 2nd due to long-planned family vacations and previously-scheduled court appearances.

                        Respectfully,

                        /s/
                        Amy J. Weinblatt
                        Jerald Horowitz
                        Assistant Corporation Counsels
                        Counsel for Defendants

                        /s/
                        Norman Siegel
                        Daniel Ackman
                        Counsel for Plaintiffs