USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/29/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAUL ROTHENBERG, et al., individually and on behalf of all others similarly situated,

                Plaintiffs,

-against-

MATTHEW DAUS, et al.,

                Defendants.

08 Civ. 567 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

A pretrial conference having been held today with counsel for all parties present,

IT IS HEREBY ORDERED that:

1. Each side shall submit to the Court on or before September 9, 2016, a letter of no more than five pages presenting the issues that remain in settlement discussions;

2. Plaintiffs' attorneys are directed to produce their time records to the City of New York for use in connection with plaintiffs' entitlement to attorneys' fees pursuant to 42 U.S.C. § 1988(b); and

3. Plaintiffs' motion for class certification and defendant's motion *in limine* to preclude evidence of damages, (Dkt. Nos. 231 & 243), are dismissed without prejudice, subject to their renewal upon the written request of either party.

Dated: New York, New York
        August 29, 2016

SO ORDERED:

Sidney H. Stein, U.S.D.J.